## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| MICHON HOUSTON, | ) | No. 2:21-cv-10861 |
| | ) | |
| *Petitioner*, | ) | |
| | ) | |
| vs. | ) | JUDGE SEAN F. COX |
| | ) | |
| DARRELL STEWARD[1], | ) | |
| | ) | |
| *Respondent*. | ) | |
| | ) | |

## MOTION FOR WITHDRAWAL OF JOHN R. WORTH AS COUNSEL FOR PETITIONER MICHON HOUSTON

Pursuant to Local Rule 57.1 and 83.25 of the Rules of the United States District Court for the Eastern District of Michigan, Petitioner Michon Houston moves for the withdrawal of Attorney John R. Worth as counsel in this appeal.  Mr. Worth will be leaving the firm Kirkland & Ellis LLP.  Petitioner will be represented by Kyle Kantarek.

WHEREFORE, Petitioner Michon Houston respectfully requests that the Court permit the withdrawal of John R. Worth as counsel in this appeal.

---

[1] Petitioner acknowledges the State's representation that James Schiebner is now the warden of the Muskegon Correctional Facility, *see* Dkt.8 at PageID.159, n.1, and requests that Schiebner or any party the Court deems proper be substituted as the respondent in this matter.

Respectfully submitted,

s/John R. Worth
JOHN R. WORTH
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 389-5000
john.worth@kirkland.com

*Counsel for Petitioner*

May 27, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which sent notice of electronic filing to all parties.

<u>s/ John R. Worth</u>
John R. Worth