IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| MICHON HOUSTON, | ) <br> ) <br> ) Civil Action No. 2:21-cv-10861 <br> ) |
| Petitioner, | ) Hon. Sean F. Cox <br> ) United States District Judge |
| v. | ) <br> ) Kimberly G. Altman |
| DARRELL STEWARD, | ) United States Magistrate Judge <br> ) |
| Respondent. | ) |

NOTICE OF APPEARANCE FOR CLIFFORD C. HISTED

I hereby request the Clerk of this Court to enter my Appearance as counsel in this case for Petitioner Michon Houston.

July 27, 2023                    Respectfully submitted,

                                 K&L GATES LLP

                                 By: _/s/ Clifford C. Histed_____
                                 Attorney No. 6226815
                                 K&L Gates LLP
                                 70 West Madison Street, Suite 3100
                                 Chicago, Illinois  60602
                                 Tel:  (312) 807-4448
                                 Fax:  (312) 827-8062
                                 clifford.histed@klgates.com
                                 One of the Attorneys for Petitioner Michon Houston

<u>CERTIFICATION OF SERVICE</u>

I hereby certify that on this 27th day of July 2023, a true and complete copy of the foregoing was electronically filed by CM/ECF system which will send a notice of electronic filing to all Counsel of Record.

<u>        /s/ *Clifford C. Histed*        </u>